IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| WAYNE WONG and MARIA WONG,<br><br>        Plaintiffs,<br><br><br><br>vs.<br><br><br>GARY FAIRMAN, clerk of the Third Judicial District Court; MARK S. SWAN; SWAN LAW FIRM, PLLC; AURORA LOAN SERVICES, LLC; and BANK OF AMERICA, NA,<br><br>        Defendants. | ORDER ADOPTING REPORT & RECOMMENDATION<br><br><br><br><br><br>Case No. 2:11-cv-01009<br>Judge Dee Benson |

   Before the court is the Report and Recommendation issued by United States Magistrate Brooke Wells on May 1, 2012, recommending that this court grant defendants' motions to dismiss. (Dkt. Nos. 4, 8, 10.)  The parties were notified of their right to file objections to the Report and Recommendation within fourteen (14) days after receiving it.  Neither party filed an objection to the Report and Recommendation.

   Having reviewed all relevant materials, including plaintiffs' complaint, defendants'

1

motions to dismiss, the record that was before the magistrate judge, and the reasoning set forth in the magistrate judge's Report and Recommendation, the court agrees with the analysis and conclusion of the magistrate judge.  Accordingly, the court ADOPTS the Report and Recommendation and issues the following Order.  Defendants' motions to dismiss are GRANTED.

DATED this 16th day of May, 2012.

_____
Dee Benson
United States District Judge